UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00589-FDW-DCK

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) ORDER<br>) |
| ANCHOR ENVIRONMENTAL AAA SERVICES a/k/a ANCHOR ENVIRONMENTAL AAA SERVICES, INC., JIMMY SKOVGARD, and BEVERLY SUE SKOVGARD, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court on the parties' cross Motions for Summary Judgment (Docs. Nos. 20, 32). For the reasons stated in the Court's oral ruling in open Court following a hearing on October 3, 2016, Plaintiff's Motion (Doc. No. 20) is GRANTED IN PART and DENIED IN PART, and Defendants' Motion for Summary Judgment (Doc. No. 32) is DENIED. A separate memorandum opinion on the award of summary judgment for Plaintiff will follow.

TAKE NOTICE that a pretrial conference will take place on **Monday, October 24, 2016, at 11:00 a.m. in Courtroom #1-1** of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. The parties' **jointly-prepared** proposed pretrial order shall be due by Monday, October 17, 2016.

IT IS SO ORDERED.

Signed: October 3, 2016

Frank D. Whitney
Chief United States District Judge