# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Commercial Credit Group, Inc.**,** | ) | JUDGMENT ON CCG'S BREACH OF CONTRACT CLAIM |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00589-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Jimmy Skovgard | ) | |
| Anchor Environmental AAA Services, Inc. | | |
| Beverly Sue Skovgard**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment on CCG's breach of contract claim is hereby entered in accordance with the Court's October 24, 2016 Order.

October 25, 2016

Frank G. Johns, Clerk
United States District Court