UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00589-FDW-DCK

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHOR ENVIRONMENTAL AAA )<br>SERVICES a/k/a ANCHOR )<br>ENVIRONMENTAL AAA SERVICES, )<br>INC., JIMMY SKOVGARD, and )<br>BEVERLY SUE SKOVGARD, )<br>)<br>Defendants. )<br>) | ORDER |

Based upon and pursuant to the unanimous verdict of the jury delivered on November 10, 2016, finding that Commercial Credit Group Inc.'s ("CCG") requirement of Defendant, Beverly Sue Skovgard's personal guaranty of Defendant, Anchor Environmental AAA Services a/k/a Anchor Environmental AAA Services, Inc. ("Anchor") did not violate the Equal Credit Opportunity Act, it is hereby **ORDERED** that:

1. CCG is hereby granted judgment as to its breach of contract claim against Defendant, Beverly Sue Skovgard, and is hereby awarded the principal amount of $2,062,900.76 plus legal expenses in the amount of $165,032.00 and interest in the amount of $506.07 per day from November 2, 2015 to the date of CCG's receipt of payment thereon;

2. The Clerk is hereby directed to enter judgment against Defendant, Beverly Sue Skovgard, and in favor of CCG in accordance with the above;

3. Defendant, Anchor's pending counterclaims against CCG remain pending and shall be administered and/or scheduled per further orders of the Court.

IT IS SO ORDERED.

Signed: November 15, 2016

Frank D. Whitney
Chief United States District Judge