# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Commercial Credit Group, Inc., | ) | PARTIAL JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00589-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Jimmy Skovgard | ) | |
| Anchor Environmental AAA Services, Inc. | | |
| Beverly Sue Skovgard, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's November 10, 2016 Verdict and the Court's November 15, 2016 Order.

November 16, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court